# STATE SUPREME COURT
## NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Bowers v. Bowers .................. 19500
Biven v. Court .................... 19526
Cincin. Tract. Co. v. Williams ........ 19514
City Transit Co. v. Pub. Util. Comm.... 19519
Cleve. Ry. Co. v. Novak et.......... 19502
Cleve. Ry. Co. v. Sutherland .......... 19522
Coney Island Bus Co. v. Pub. Util. Comm. .................... 19511
Cuyahoga County Comm. v. Jones...... 19498
Dantel v. Dantel .................... 19521
Donovan v. State .................... 19507
Edwards v. Parker .................. 19515
Gross v. Ohio Sav. & Tr. Co.......... 19495
Hocking Val. Ry. Co. v. Pub. Util. Com. 19524
Hull v. Indust. Comm. ............... 19516
Hyview Realty Co. v. Lake City Mortg. Co. .................... 19501
Indust. Comm. et v. Kessler .......... 19518
Lake Shore Elec. Ry. v. Pub. Util. Comm. .................... 19509
Lakewood (City) v. Daley ............ 19523
Madisonville Motor Bus v. Pub. Util. Comm. .......................... 19512
Manton et v. Manton ............... 19505
Medbury et v. Cleve.-Mahoning Val. Ry. 19520
Moffet, Contempt of, In Re.......... 19506
Moore v. Shaffer et ................. 19525
Murphy etc. v. State ............... 19508
Solt et v. Pub. Util. Comm........... 19504
Sommers v. Doersam et ............. 19494
Sohngen et v. Pub. Util. Com.......... 19510
State ex v. Stock Bd. of Ed............ 19513
Stuller et v. Bowling Green (City) .... 19497
Swartz v. State .................... 19503
Townsend Bros. Milk Co. v. French Bros.-Bauer Co. .................. 19499
Wolzier et v. Thacker ............... 19517
Zangerle v. State ex ................ 19496

### DEC. 17, 1925

19494—Charles E. Sommers v. Barbara Doersam, et al; motion for Franklin Appeals to certify. F. M. Raymond and J. F. Carlisle, Columbus, for pltf; H. E. Peters, and J. E. Sater, Columbus, for deft.

19495—Frank R. Gross v. Ohio Savings and Trust Co.; motion for Athens Appeals to certify. Woolley & Rowland and E. Keenan, Athens, for pltf; Jones & Jones, Athens, for deft.

19496—J. A. Zangerle v. State of Ohio ex rel Frederick P. Walther; error to Cuyahoga Appeals. E. C. Stanton, Cleveland for pltf; Anderson, Lamb & Marsteller, Cleveland, for deft.

### DEC. 18, 1925

19497—Edward Stuller, et al v. City of Bowling Green; motion for Wood Appeals to certify. Benjamin F. James, Bowling Green, for pltf; W. B. James, Bowling Green, for deft.

19498—Board of Commissioners of Cuyahoga County v. Alphonso Jones, administrator of the estate of Ernest E. McKinney, deceased; motion for Cuyahoga Appeals to certify. E. C. Stanton, Cleveland, for pltf; J. E. Mathews, Cleveland, for deft.

19499—Townsend Bros. Milk Co. v. French Bros.-Bauer Co; motion for Hamilton Appeals to certify. Harmon, Colston, Goldsmith & Hoadly; B. S. Offenheimer, J. C. Herman, Cincinnati, for pltf; Mallon & Vordenberg, Cincinnati, for defts.

### DEC. 19, 1925

19500—Catherine Bowers v. Francis Bowers; motion for Hamilton Appeals to certify. W. K. Sibbald, Cincinnati, for pltf.

19501—Hyview Realty Co. v. Lake City Mortgage Co; motion for Cuyahoga Appeals to certify. D. Perris, Cleveland, for pltf; S. A. Davies, Cleveland, for deft.

19502—Cleveland Railway Co. v. Esther Novak and Variety Iron and Steel Works Co.; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey, Cleveland, for pltf; Payer, Winch, Minshall & Karch, Cleveland, for deft.

### DEC. 20, 1925

19503—James Swartz v. State of Ohio; motion for Licking Appeals to certify. F. E. Slaybaugh, Newark, for pltf; H. C. Earlhart, Columbus, for deft.

### DEC. 22, 1925

19504—Wilbur R. Solt et al v. Public Utilities Commission; error to the Public Utilities Commission of Ohio. Samuel I. Lipp, Cincinnati, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

19505—Byron Manton et al v. Julia Manton; motion for Lucas Appeals to certify. Wm. H. McLellan, J. P. Manton, Toledo, for pltf; Ralph Emery, Fraser, Hiett & Wall, Toledo, for deft.

19506—In re: Contempt of Margaret R. Moffet; motion for Cuyahoga Appeals to certify. Anderson, Lamb & Marstetler, Cleveland, for pltf; Carl F. Shuler, A. Clum, Cleveland, for deft.

### DEC. 23, 1925

19507—Grace Donovan v. State of Ohio; motion for Hancock Appeals to certify. Geo. H. Phelps, Findlay, for pltf; John E. Priddy, Findlay, for deft.

19508—R. P. Murphy alias, etc, v. State of Ohio; motion for Hancock Appeals to certify. Same attys as in 19507.

19509—Lake Shore Electric Railway Co. v. Public Utilities Commission of Ohio; error to The Public Utilities Commission of Ohio. Tolles, Hogsett, Ginn, & Morley, Cleveland, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19510—Geo. P. Sohngen, Recr., Cincinnati and Dayton Traction Co. v. Public Utilities Commission of Ohio; error to Public Utilities Commission of Ohio. Tolles, Hogsett, Ginn, & Morley, Cleveland, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19511—Coney Island Motor Bus Corporation v. Public Utilities Commission of Ohio; error to Public Utilities Commission of Ohio.